**Kevin C. Brague, OSB No. 050428**
kevin@braguelawfirm.com
THE BRAGUE LAW FIRM
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
t: 503.922.2243
f: 503.296.2046

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ALEXANDRA BOOT**, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>**LAKE OSWEGO 7J SCHOOL DISTRICT**, an Oregon public corporate entity by and through the Board of Directors of Lake Oswego 7J School District;<br><br>            Defendant. | Case No. 3:23-CV-00480<br><br>**DECLARATION OF ALEXANDRA BOOT IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Alexandra Boot, under penalty of perjury, do hereby state and declare as follows:

1. I am over the age of 18, am competent and I make the following statements which are true and based upon my personal knowledge and observation.

2. In August and September 2022 I was seventeen years-old attending Lake Oswego High School ("LOHS") within the Lake Oswego School District ("LOSD").

3. I am a senior at LOHS, expected to graduate in June, 2023 and I accepted admission to Oregon State University to begin college in the Fall, 2023.

4. On August 27, 2022 I was raped by a male student which he admitted to raping me in a text message on August 28, 2022. See attached Exhibit 1.

5. I informed my parents of my rape on October 24, 2022 and did not attend school for the next nine school days.

6. Attached as Exhibit 2 is my Attendance as recorded online by LOSD.

7. On November 7, 2022 I met with LOHS Administrator Ryan Rosenau to discuss a safety plan. I requested that my rapist be transferred to Lakeridge High School or to an alternative education program. LOHS never responded to this request and my rapist never left LOHS.

8. Attached as Exhibit 3 is an email dated November 7, 2022 from Ryan Rosenau to me and others confirming that my rapist was informed of the safety plan.

9. On November 9, 2022 I returned to school.

10. On February 3, 2023 I saw my rapist between classes and in violation of the safety plan. I was so traumatized that my Dad picked me up from school and took me home. I remained at home and out of school for the following week.

11. On February 10, 2023 I met with Administrator Ryan Rosenau to discuss a new safety plan and during this meeting he apologized for failing to update the safety plan for the new semester term.

12. Since my rape I have nightmares and severe anxiety about being in the same building as my rapist.

13. In March, 2023 I again see my rapist in the hallways at LOHS in plain violation of the safety plan. He is to remain in his class until after the passing time has elapsed and then he may transfer between classes, or leave five minutes after the end of day release bell. He refuses to abide by these rules. Exhibit 4, Email to Ryan Rosenau.

14. Administrator Ryan Rosenau confirms that my rapist was violating the safety plan. See Exhibit 5.

15. To my knowledge no discipline or adverse action is taken against my rapise for violating the Safety Plan. He has not been transferred to Lakeridge High School or alternative education program.

16. On March 13, 2023 I again meet with Administrator Ryan Rosenau and he suggests and update to the Safety Plan. Rosenau tells me that the Safety Plan is not designed to address my triggers (i.e. trauma on seeing my rapist in close proximity). Rosenau tells me that they will not remove an admitted rapist from the school, and that I could leave LOHS (dropout), transfer to Lakeridge High School, or go to LOSD's alternative school. I ask that the student who raped me be expelled because of his violations of the Safety Plan.

17. As of March 13, 2023 I stopped attending school because it was clear that LOHS and Ryan Rosenau will not enforce the Safety Plan and take no action against my rapist for his violations of the Safety Plan.

18. I need to complete my English credit to complete my requirements for my Oregon High School Diploma and graduate in June 2023. If I fail to graduate, then I will lose my acceptance to Oregon State University because I will not have met their minimum requirement of having a high school diploma for admission.

19. Due to the ongoing trauma of having to either face or have the crippling anxiety of facing my rapist on a daily basis at LOHS I cannot attend and focus at school.

20. I need a safe environment at LOHS where I am not in a constant state of fear and anxiety. LOSD refuses to provide such an environment for me despite knowing that the person who raped me, admitted to it, and constantly ignored (without consequence) the safety plan.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED this 3rd day of April, 2023.

By /s/ Alex Boot
Alexandra Boot

# CERTIFICATE OF SERVICE

       I hereby certify that I served the foregoing DECLARATION OF ALEXANDRA BOOT IN SUPPORT OF MOTION FOR TRO AND PRELIMINARY INJUNCTION on the party listed below by the following indicated method or methods:

    Dr. Jennifer Schiele, Superintendent
    *schielej@loswego.k12.or.us*
    Lake Oswego School District
    2455 Country Club Road
    Lake Oswego, OR 97034

    Ms. Nancy J Hungerford, OSB 812685
    *nancy@hungerfordlaw.com*
    The Hungerford Law Firm LLP
    653 S Center St
    PO Box 3010
    Oregon City OR  97045
    T: 503 781-3458
    F: 503 650-4961
    Attorney for Defendant

[ ]    by electronic means through the U.S. District Court, District of Oregon's CM/ECF document filing system.

[X]    by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the address as shown above, with the U.S. Postal Service at Portland, Oregon, on the date set forth below.

[X]    by causing a full, true, and correct copy thereof to be hand-delivered to the attorney at the attorney's last known office address listed above on the date set forth below.

[X]    by emailing a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below.

        DATED this 3rd day of April, 2023.

        /s/ Kevin Brague
        Kevin C. Brague, OSB No. 050428