

Exhibit 2
Page 1 of 2



Exhibit 2
Page 2 of 2