

**From:** Brook Manning <brookmanning@mac.com>
**Subject: Re: Revised Safety Plan Attached**
**Date:** November 8, 2022 at 9:59:48 AM PST
**To:** Ryan Rosenau <rosenaur@loswego.k12.or.us>
**Cc:** Tim Boot <Timboot@mac.com>, ▮▮▮▮▮ Adam Johnson <johnsona@loswego.k12.or.us>

Good morning,

Thank you for meeting with us and for the thorough safety plan. Unfortunately ▮▮ has a cold and is quite congested so won't be coming to school today, though she is planning to attend tomorrow.

Thanks,
Brook

> On Nov 7, 2022, at 5:24 PM, Ryan Rosenau <rosenaur@loswego.k12.or.us> wrote:
>
> Hello Mr. and Ms. Boot:
> Thank you again for meeting with me this morning. Attached is the revised safety plan that will go into effect tomorrow, 11/08. My hope is that this safety plan will help ▮▮ feel safe and be safe while at LOHS. Please review the plan, as I made a few minor changes after meeting with ▮▮ and let me know if you have any questions. I look forward to seeing Alex in school tomorrow.
>
> Thank you,
>
> 📄 A.B. _ C.T - Safety Plan - Google Docs (2).pdf
>
> --
> Ryan Rosenau
> Assistant Principal
> Lake Oswego High School

Exhibit 3
Page 1 of 1