**From:** ███████████████@loswego.k12.or.us>
**Subject: Re: Update on transfer request**
**Date:** March 9, 2023 at 4:31:48 PM PST
**To:** Ryan Rosenau <rosenaur@loswego.k12.or.us>
**Cc:** Brook Manning <brookmanning@mac.com>, Tim Boot <timboot@mac.com>, Adam Johnson <johnsona@loswego.k12.or.us>, wibstadt@loswego.k12.or.us

Hello,

I unfortunately saw ███ as I was leaving today. I left Oceanography on the third floor and walked towards the 2 staircases and took the one on the left, as I'm sure you all know all the staircases to the 3rd floor have windows running all the way up. As I made it to the landing between the 3rd and 2nd floor I saw him walking out of the building through the side door and towards the front of the building. I was thankfully walking with one of my friends who knows what happened so he was able to calm me down enough to continue functioning. This is a violation of the safety plan that states he "will remain in his physics class for 5 minutes following the release bell", after school release on B-days. It feels absolutely awful to see him in every sense of the word. I have never experienced panic or anxiety attacks before this but I very much do now. This is something that is always on my mind and I do not feel safe at school knowing I could see him at any point because at the end of the day, we are in the same building and have had to be in it for 7 hours a day. It has made me distracted in my classes especially before passing periods and it takes me a while after passing periods to calm back down so I can pay attention. The area where I saw him that prompted the second meeting now also gives me anxiety to be in and I have to remind myself to keep breathing. While Mr. Johnson and Sina have both been fantastic and a massive help, I feel like there has been a massive lack of effort to protect me and prevent things like this from happening which feels like, and in a way is, a way of protecting ███. I cannot explain to someone who does not live in my head how much this affects me constantly and how it feels.

I have also seen his parents' car on the left far side of the front parking lot waiting for him to be picked up which isn't a pleasant experience at all as anything that could possibly remind me of him sets me off.

Last Friday, we had an 8 period day as I'm sure you are aware. I know it is unlikely to happen again but as the safety plan did not include what would happen on an 8 period day during my early release, I didn't know where he could be so there was no way of me knowing where I could go to avoid him or what would

Exhibit 4
Page 1 of 2

happen, so for the span of that period I was extremely anxious. While it didn't end up in any contact, it was still a disgusting feeling to be in that state for a long period of time. There needs to be a safety plan made for an 8 period day. I am not going to go through that again and will not attend school if there is another 8 period day with no plan.

Today's event is in violation of the safety plan and action is required per the statement at the top of the safety plan. I look forward to hearing your response and action plan before I go to school tomorrow morning.

▪▪▪▪

> On Thu, Mar 9, 2023 at 3:07 PM Ryan Rosenau <rosenaur@loswego.k12.or.us> wrote:
>
>> Hi Brook and Tim:
>> Thank you for reaching out. I spoke with our Director of Secondary School and he has reached out to our legal advisors to see if we are able to do that. I will let you know, hopefully later this afternoon or tomorrow, what they say.
>>
>> Thanks,
>>
>> On Thu, Mar 9, 2023 at 10:02 AM Brook Manning <brookmanning@mac.com> wrote:
>>
>>> Good morning,
>>>
>>> It's been a month since we last met, and each day since then our family has waited to hear about our formal request to have ▪▪▪▪ transferred to Lakeridge High School or online school. This request was also made during the meeting with Ryan, Adam, Tim, Brook and ▪▪▪▪ when we first met about ▪▪▪▪ safety plan back in November of 2022. No response to that request was ever given, so we are inquiring for a third time. Our family eagerly awaits your response.
>>>
>>> Thank you,
>>> Brook and Tim
>>
>> --
>> Ryan Rosenau
>> Assistant Principal
>> Lake Oswego High School
>> 503-534-2437

Exhibit 4
Page 2 of 2