**From:** Ryan Rosenau <rosenaur@loswego.k12.or.us>
**Subject: Re: Update on transfer request**
**Date:** March 9, 2023 at 6:51:03 PM PST
**To:** ▮▮▮▮▮▮@loswego.k12.or.us>
**Cc:** Brook Manning <brookmanning@mac.com>, Tim Boot <timboot@mac.com>, Adam Johnson <johnsona@loswego.k12.or.us>, wibstadt@loswego.k12.or.us

Hi ▮▮▮:
I'm sorry to hear that this happened today. I was able to confirm that ▮▮▮ did not wait the required five minutes before leaving class. I have communication out to our district office and our legal consultants for guidance into next steps. To give that process time, ▮▮▮ will not be at school tomorrow. I will reach out again tomorrow with a more complete determination after we receive that guidance. Again, I'm sorry that you experienced this today and I'm glad that you had a friend close by for support.

Exhibit 5
Page 1 of 1