**From:** Adam Johnson <johnsona@loswego.k12.or.us>
**Subject: Re:** ▮▮▮▮▮▮
**Date:** March 16, 2023 at 12:33:49 PM PDT
**To:** Brook Manning <brookmanning@mac.com>
**Cc:** "Tina (Sina) Wibstad" <wibstadt@loswego.k12.or.us>, Tim Boot <timboot@mac.com>

I'll second what Sina said in her reply - I am so sorry that ▮▮▮ and your family are all going through this experience.

I also know from our past emails that ▮▮▮'s academic progress is of concern as her attendance is being impacted by this experience. I'm curious if ▮▮▮ plans to engage in any of her coursework while not in the building. I would encourage her to continue engaging with her English coursework if nothing else. I actually called OSU to inquire what would happen if ▮▮▮ was unable to complete any of her current classes - they said as long as she passes her English class with a C- or higher that her admission decision would not be impacted. I also spoke with Mr. McNeal about ▮▮▮'s ability to engage in work remotely for the time being - he says as long as she is reading and keeping up with big writing assignments that receiving a passing grade would not be an issue.

On Thu, Mar 16, 2023 at 11:46 AM Brook Manning <brookmanning@mac.com> wrote:

> Thank you, Sina. The best way to reach ▮▮▮ is on her cell: ▮▮▮▮▮▮▮. She is in McMinville riding with LOH's equestrian team for this weekend's meet.
>
> Thanks so much,
> Brook
>
>> On Mar 16, 2023, at 8:56 AM, Tina (Sina) Wibstad <wibstadt@loswego.k12.or.us> wrote:
>>
>> Hello everyone,
>>
>> I just want you all to know that I am so sorry this is happening. Of course, I'm available to support ▮▮▮. I was planning on meeting with ▮▮▮ this morning during her study hall period. If she's not

Exhibit 3
Page 1 of 2

here, I'm happy to have a video conference or telephone call. I just want to make sure that ▮ is getting the social emotional support that she needs.

I read ▮'s email from last Thursday and I just want her to know that I'm here to debrief and validate her feelings.

Sincerely, Sina

On Wed, Mar 15, 2023 at 1:56 PM Brook Manning <brookmanning@mac.com> wrote:
> Good afternoon,
>
> Last week ▮ failed to comply with the Safety Plan and left school at the same time ▮ did. ▮ saw him, had a panic attack and was escorted to a car by a friend. We immediately alerted Mr. Rosenau, who confirmed that ▮ did leave before he was supposed to.
>
> We had a meeting with Mr. Rosenau and Ms. Colyer on Monday morning. Because at the top of the Safety Report it says that ▮ can be expelled from school should he break those rules, we were expecting his expulsion at this meeting. Instead we were presented with the Safety Plan to review and revise?!?! Allowing him to stay at school, even though he had broken a signed contract sent ▮ a very clear message: The school will do NOTHING to protect you, even in the face of evidence (eyewitnesses and Rosenau confirmed ▮ leaving early) and admission (▮ admitted to leaving early). If you thought she was anxious, terrified, etc. about going to school (being in the building with her rapist for 7 hours a day) before, you can imagine how totally vulnerable and scared she feels now. She spoke up to the authorities and, again, they failed her completely.
>
> ▮ is home, as she has been for days because she doesn't feel safe at school. She doesn't plan to go back to school until ▮ is removed. Mr. Rosenau suggested to her that she might voluntarily remove herself from her school and her friends and transfer to Lakeridge or online school to finish her senior year! We were met with nothing but inhumane, non-answers like this at our Monday meeting.
>
> She has reached out to her teachers to let them know what's going on. I'm hoping that each of you can reach out to ▮ as soon as possible. She is feeling hopeless, unprotected, sad, overwhelmed, distraught, you name it. She feels connected to both of you, and it gives her strength to know there are people at school who care for her. Thank you for being those people.

Exhibit 3
Page 2 of 2