

**From:** Attendance LOH <lohattendance@loswego.k12.or.us>
**Subject: Re: Alex Boot absent**
**Date:** April 3, 2023 at 1:50:47 PM PDT
**To:** Brook Manning <brookmanning@mac.com>

Ryan -
FYI I got two the last week of school before Spring break.
I know they are un enrolled but I wanted to keep you in the loop.

Thanks

*Karalee Kyllo*
Lake Oswego High School
Attendance Secretary
503-534-2329

On Mon, Apr 3, 2023 at 1:30 PM Brook Manning <brookmanning@mac.com> wrote:

> 
> Good afternoon,
> 
> Alex is absent today because she does not feel safe going to school. There is a Safety Plan in place between her and the LOH student who raped her (and who continues to attend LOH). She has PTSD from the rape, which is hard for her to manage knowing that he remains protected at school and in the building with her for 7 hours each school day.
> 
> The rapist has broken the rules of the Safety Plan on campus, but even in the face of evidence of this and his admission of guilt, instead of being expelled (as noted could happen at the top of the Safety Plan), he is being allowed to remain at school, to break those rules at will. With this unimaginable decision, Ms. Colyer and Mr. Rosenau have sent Alex a very clear message that will remain with her for the rest of her life: The school will do NOTHING to protect you, even in the face of evidence and admission of guilt. She is shattered.
> 
> I have asked Mr. Rosenau and Ms. Colyer how many times the rapist needs to break the rules of the Safety Plan before there will be action, but they have no

Exhibit 6
Page 1 of 2

answer. In the interest of safety, Alex will not be going to school until her rapist is expelled. I don't know how you would mark today's absence, but this is why Alex is not at school today, nor will she be until Ms. Colyer and Mr. Rosenau decide to make LOH a safe space for all victims.
>
> Sincerely,
> Brook Manning and Tim Boot

Exhibit 6
Page 2 of 2