Safety Plan for ▮▮▮▮ and ▮▮▮ ▮▮
Created: 11/07/2022
Ryan Rosenau / Assistant Principal / Lake Oswego High School

To: Initiate supportive measures for ▮▮▮▮
Pertaining to: criminal allegations against ▮▮▮▮

> Failure to adhere to this safety plan with fidelity will be considered in violation of district policy GBNA/JFCF against harassment and intimidation and will result in discipline up to and including expulsion.

| Possible Points of Contact | Safety Plan to Resolve Conflict |
|---|---|
| 1. Period 4.  Both students are enrolled in the same Theater Tech class. | ▮▮ was withdrawn from P.4 Theater Tech and enrolled in early release. C▮▮ will leave the building after the third period. |
| 2.  Unstructured Break Time during Teacher Student Contact Time. | ▮▮ will spend TSCT in the school library or in his English or chemistry class. |
| 3. Lunch Break | ▮▮ will eat lunch and remain in the school cafeteria or art hallway for the duration of the lunch period and until the tardy bell rings. |
| 4.  Passing time between third and fourth period | ▮▮ will remain in the history hallway until the tardy bell rings for fourth period and then immediately exit the building unless meeting with a teacher or school official. |
| 7.  Start of day transition on B-Days | Upon arriving at school, ▮▮ will remain in the history/social studies hallway and then proceed directly to study hall class. ▮▮▮ will avoid the history/social studies hallway during that time. |
| 9.  Passing time between seventh and eighth periods | ▮▮ will remain in his classroom for three minutes following the release bell. |
| 11. Support Seminar | ▮▮ will avoid the cafeteria, world language hall, and Mr. Huss' support seminar unless planned through prior notice to school administration. |

Exhibit 1
Page 1 of 2

| 13. Use of restroom during class time | Both students will use the restroom facilities located in the academic wing of their current location. During the sixth and seventh periods, ▓▓▓ will use the restroom on an alternate floor. . |
|---|---|
| 14. Attendance at after school events including sporting events, dances, and performances. | ▓▓▓ will notify a school administrator two days before attending any school event. The administrator will then contact the other student to determine if she wishes to attend as well. If a conflict arises, a safety plan for that event will be developed. |
| 15. Graduation ceremony. | A safety plan to be determined if ▓▓▓ wishes to attend the graduation ceremony. |
| 16. School Assemblies. | ▓▓▓ will report to the library and remain in the building during school assemblies or, with prior notice, may attend the assembly under a developed safety plan. |
| 17. Emergency drills. ▓▓▓ and ▓▓▓ may share a common outside assembly area. | Drills will be conducted during a time in which ▓▓▓ and ▓▓▓'s outside assembly areas are separated. In the event of a unification drill (where students assemble on the football field) ▓▓▓ will sit at the top of the bleachers close to the gym doors. |
| 18. Unexpected proximity. | ▓▓▓ must immediately remove himself from the area by walking in the opposite direction. |

- Note: This safety plan may need revising in the event of a schedule change
- This safety plan will be reviewed by all parties at the start of the second semester, 1/27/2023, to consider any necessary edits.

Exhibit 1
Page 2 of 2