**Kevin C. Brague, OSB No. 050428**
kevin@braguelawfirm.com
THE BRAGUE LAW FIRM
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
t: 503.922.2243
f: 503.296.2046

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ALEXANDRA BOOT**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**LAKE OSWEGO 7J SCHOOL DISTRICT**, an Oregon public corporate entity by and through the Board of Directors of Lake Oswego 7J School District;<br><br>Defendant. | Case No. 3:23-CV-00480<br><br>**DECLARATION OF ALYSSA AEBI IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Alyssa Aebi, under penalty of perjury, do hereby state and declare as follows:

1. I am over the age of 18, am competent and I make the following statements which are true and based upon my personal knowledge and observation.

2. I am as student and attending Lake Oswego High School ("LOHS") within the Lake Oswego School District ("LOSD").

3. I am friends with Alexandra Boot and am aware of her allegations of rape against a male classmate. I am familiar and can identify this male student as C.T. and I am aware of the

safety plan in place and the requirement that the male student remain in his class until after the passing period.

4. I have witnessed C.T. routinely violate the safety plan since January 2023 and up through March 24, 2023 (the last day before Spring Break).

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED this 3rd day of April, 2023.

By 
Alyssa Aebi

The Prague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503-922-2243

# CERTIFICATE OF SERVICE

       I hereby certify that I served the foregoing DECLARATION OF ALYSSA AEBI IN SUPPORT OF MOTION FOR TRO AND PRELIMINARY INJUNCTION on the party listed below by the following indicated method or methods:

    Dr. Jennifer Schiele, Superintendent
*schielej@loswego.k12.or.us*
Lake Oswego School District
2455 Country Club Road
Lake Oswego, OR 97034

    Ms. Nancy J Hungerford, OSB 812685
*nancy@hungerfordlaw.com*
The Hungerford Law Firm LLP
653 S Center St
PO Box 3010
Oregon City OR  97045
T: 503 781-3458
F: 503 650-4961
Attorney for Defendant

[ ]    by electronic means through the U.S. District Court, District of Oregon's CM/ECF document filing system.

[X]    by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the address as shown above, with the U.S. Postal Service at Portland, Oregon, on the date set forth below.

[X]    by causing a full, true, and correct copy thereof to be hand-delivered to the attorney at the attorney's last known office address listed above on the date set forth below.

[X]    by emailing a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below.

               DATED this 3rd day of April, 2023.

               /s/ Kevin Brague
               Kevin C. Brague, OSB No. 050428