**Kevin C. Brague, OSB No. 050428**
kevin@braguelawfirm.com
THE BRAGUE LAW FIRM
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
t: 503.922.2243
f: 503.296.2046

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ALEXANDRA BOOT**, an individual,<br><br>                    Plaintiff,<br><br>       v.<br><br>**LAKE OSWEGO 7J SCHOOL DISTRICT**, an Oregon public corporate entity by and through the Board of Directors of Lake Oswego 7J School District,<br><br>                    Defendant. | Case No. 3:23-cv-00480-HZ<br><br>**VOLUNTARY DISMISSAL** |

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the above-captioned case without prejudice.

DATED this 14th day of April, 2023.

                                                            THE BRAGUE LAW FIRM

                                                            By _____
                                                                Kevin C. Brague, OSB No. 050428
                                                                kevin@braguelawfirm.com
                                                                4504 S. Corbett Avenue, Suite 250
                                                                Portland, Oregon 97239
                                                                t: 503.922.2243
                                                                f: 503.296.2046
                                                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing VOLUNTARY DISMISSAL on the party listed below by the following indicated method or methods:

    Karen M. Vickers, OSB No. 913810
    kvickers@vickersplass.com
    503-726-5985
    Beth F. Plass, OSB No. 122031
    bplass@vickersplass.com
    503-726-5975
    VICKERS PLASS LLC
    5200 SW Meadows Road, Suite 150
    Lake Oswego, OR 97035
    Attorney for Defendant

[X]    by electronic means through the U.S. District Court, District of Oregon's CM/ECF document filing system.

[ ]    by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the address as shown above, with the U.S. Postal Service at Portland, Oregon, on the date set forth below.

[ ]    by causing a full, true, and correct copy thereof to be hand-delivered to the attorney at the attorney's last known office address listed above on the date set forth below.

[ ]    by emailing a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below.

    DATED this 14th day of April, 2023.

    /s/ Kevin Brague
    Kevin C. Brague, OSB No. 050428